■ BERDIE GARFINKEL, Respondent, v. OTTO GARFINKEL, Appellant.— Motion by appellant for leave to discontinue his appeal granted. The appeal is discontinued, without costs, and without prejudice to respondent's pending motion at Special Term for a counsel fee. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.

■ HOLLYWOOD SHOE POLISH, INC., Appellant, v. BOYLE-MIDWAY, INC., Respondent.— Motion to dispense with printing of certain exhibits granted as to all the exhibits enumerated in the list annexed to the moving affidavit on condition that upon argument or submission of the appeal, all of the original exhibits be submitted together with four copies or replicas of the following exhibits: Plaintiff's Exhibits 1, 2, 3, 4, 8 and 9; and defendant's Exhibits B, C, D, E, H, I and O. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ HOLLYWOOD SHOE POLISH, INC., Appellant, v. KNOMARK MFG. CO., INC., Respondent.— Motion to dispense with the printing of certain exhibits granted as to all the exhibits enumerated in the list annexed to the moving affidavit on condition that upon the argument or submission of the appeal, all of the original exhibits be submitted together with four copies or replicas of the following exhibits: Plaintiff's Exhibits 1, 2, 10, 21, 22, 23, 24, 25, 28, 29 and 47; and defendant's Exhibits B, G, H, I, J, M, N, Q, R and T. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ DAVID HOLMAN, Respondent, v. ANDREW P. CALAMARI et al., Appellants. — Motion for leave to appeal to the Appellate Division denied, without costs. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Estate of ELLEN M. BRENNAN, Deceased. THOMAS L. BRENNAN, Appellant; JAMES M. BRENNAN et al., Respondents.— Motion for reargument or for leave to appeal to the Court of Appeals referred to the court that rendered the decision. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur. Motion for reargument denied, with $10 costs. Motion for leave to appeal to the Court of Appeals denied. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the Accounting of RUTH C. BENNETT as Administratrix of the Estate of CHARLES W. CARPENTER, Deceased, Respondent. WILLIAM MATTHEWS et al., Appellants.— Motion to dispense with printing of certain exhibits granted. The originals thereof to be handed up upon the argument or submission of the appeal. Nolan, P. J., Beldock, Ughetta, Kleinfeld and Christ, JJ., concur.

■ In the Matter of the COUNTY OF NASSAU, Respondent, Relative to Acquiring Title to Real Property for the Alteration of Denton Avenue. GULF OIL CORPORATION, Appellant.— Motion to extend time granted upon the stipulation of the attorneys for the parties. The appeal is to be argued or submitted at the January 1961 Term, for which term the appeal is ordered to be placed on the calendar. Beldock, Acting P. J., Ughetta, Kleinfeld, Christ and Brennan, JJ., concur.